# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140794(51)

WORLD SAVINGS BANK, FSB,
          Plaintiff-Appellee,

v

EDWIN VICTOR NASSAR and
ROSALINDA JAYME,
          Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140794
COA: 288904
Wayne CC: 08-120022-CH

On order of the Court, the motion for reconsideration of this Court's June 28, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920